IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE FIRKUS,

     Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                                Case No. 13-cv-773-jdp

CAROLYN W. COLVIN,
Commissioner of Social Security

     Defendant.

      This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered un favor of plaintiff Andrea Firkus reversing and remanding the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) for further proceedings.

     s/V. Olmo, Deputy Clerk                              3/24/2015

     Peter Oppeneer, Clerk of Court                         Date