IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREA FIRKUS,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 13-cv-773-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees and costs in the amount of $8,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ J. Smith, Deputy Clerk | 6/3/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |